ALEXANDER G. CALFO (SBN 152891)
*ACalfo@yukelaw.com*
KELLEY S. OLAH (SBN 245180)
*KOlah@yukelaw.com*
GABRIELLE ANDERSON-THOMPSON (SBN 247039)
*ganderson-thompson@yukelaw.com*
YUKEVICH CALFO & CAVANAUGH
355 S. Grand Avenue, 15th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 362-7777
Facsimile: (213) 362-7788

Attorneys for Defendants
DEPUY ORTHOPAEDICS, INC., DEPUY, INC. *(erroneously sued as "DePuy Inc.")*; DEPUY INTERNATIONAL LIMITED; JOHNSON & JOHNSON; JOHNSON & JOHNSON SERVICES, INC.; and JOHNSON & JOHNSON INTERNATIONAL

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

DOUGLAS WILLIAMS and LINDA WILLIAMS,

Plaintiffs,

vs.

DEPUY ORTHOPAEDICS, INC., DEPUY INC.; DEPUY INTERNATIONAL LIMITED; JOHNSON & JOHNSON; JOHNSON & JOHNSON SERVICES, INC.; JOHNSON & JOHNSON INTERNATIONAL; THOMAS P. SCHMALZRIED, M.D., A PROFESSIONAL CORPORATION, and DOES 1 through 20, inclusive,

Defendants.

CASE NO. CV12-01318-EDL

**~~[PROPOSED]~~ ORDER RE STIPULATION TO STAY ALL PROCEEDINGS**

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiffs DOUGLAS WILLIAMS and LINDA WILLIAMS and Defendants DEPUY ORTHOPAEDICS, INC., DEPUY, INC., DEPUY INTERNATIONAL LIMITED, JOHNSON & JOHNSON, JOHNSON & JOHNSON SERVICES, INC., and JOHNSON & JOHNSON INTERNATIONAL (hereafter collectively "the Parties"); upon consideration of all documents, files, and pleadings in

this action; and upon good cause shown, it is hereby ORDERED that:

1. The Parties' request for a stay of proceedings is GRANTED;
2. All proceedings in this action are hereby stayed, pending the likely transfer of this action to MDL 2244; and
3. All deadlines, including any deadlines relating to a potential remand motion and any outstanding responsive pleading, are extended until 30 days after the entry of a joint Case Management Order in the MDL addressing remand briefing.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: _3/26_____, 2012

Hon. ~~Elizabeth D. Laporte~~
Richard Seeborg

Respectfully submitted by,

DATED: March 23, 2012

YUKEVICH CALFO & CAVANAUGH

By: */s/ Alexander G. Calfo*
Alexander G. Calfo
Kelley S. Olah
Gabrielle Anderson-Thompson
Attorneys for Defendants DEPUY ORTHOPAEDICS, INC., DEPUY, INC. (erroneously sued as "DePuy Inc."); DEPUY INTERNATIONAL LIMITED; JOHNSON & JOHNSON; JOHNSON & JOHNSON SERVICES, INC.; and JOHNSON & JOHNSON INTERNATIONAL

YUKEVICH CALFO & CAVANAUGH
355 S. Grand Avenue, 15th Floor
Los Angeles, California 90071-1560
Telephone (213) 362-7777
Facsimile (213) 362-7788